NO. 07-01-0374-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

FEBRUARY 5, 2003

______________________________

DORIS JEAN WILLIAMS, JOHNNIE JUNE CAMPBELL, 

AND THE ESTATE OF LEAVIRTA AUSTIN, DECEASED, APPELLANTS

V.

DAMON HILL, M.D., APPELLEE

_________________________________

FROM THE 237
TH
 DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2000-509,771-A; HONORABLE SAM MEDINA, JUDGE

_______________________________

Before JOHNSON, C.J., REAVIS, J. and BOYD, S.J.
(footnote: 1)
MEMORANDUM OPINION

Appellants Doris Jean Williams, Johnnie June Campbell, and the Estate of Leavirta Austin, Deceased, filed a Motion to Voluntarily Dismiss Appeal on October 29, 2002, averring that they no longer wish to prosecute their appeal. 

Without passing on the merits of the case, appellants’ motion for voluntary dismissal is granted and the appeal is hereby dismissed.  Tex. R. App. P. 42.2.   Having dismissed the appeal at appellants’ personal request, no motion for rehearing will be entertained and our mandate will issue forthwith.  

Phil Johnson

     Chief Justice

FOOTNOTES
1:
John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.